# Chief Judge
# J. Daniel Breen

# Case #: 1:15-1032

PGT Trucking v. Jones